IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM "BILL" BOSS AND NANCY BOSS, Husband and Wife,<br><br>    Plaintiffs,<br><br>v.<br><br>ARAPAHOE TELEPHONE COMPANY, A Nebraska corporation, and JOHN M. KOLLER, individually,<br><br>    Defendants. | CASE NO: 4:05-CV-3141<br><br><br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED that Defendant, Arapahoe Telephone Company's Motion for Leave to File Amended Answer (filing #25) is granted, as follows:

Defendant shall have until November 10, 2005 to file its Amended Answer. All other deadlines remain unchanged.

DATED November 1, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge