```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILLIAM BOSS, and NANCY BOSS, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CV3141 |
| | ) | |
| v. | ) | |
| | ) | |
| ARAPAHOE TELEPHONE COMPANY, | ) | ORDER |
| and JOHN M. KOLLER, | ) | AMENDING SCHEDULE |
| | ) | FOR PROGRESSION OF CASE |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The parties' joint motion to modify the progression schedule, filing 47, is granted and,

a. Trial of this case is set to commence, at the court's call, beginning on November 6, 2006, before the Honorable Richard G. Kopf, in Courtroom No. 1, United States Courthouse, Lincoln, Nebraska. This setting is subject to the prior disposition or continuance of any criminal cases set for trial before Judge Kopf that week, and may also be subject to other civil cases. Counsel will be informed of the case's order to be called for trial during the pretrial conference.

b. The pretrial conference will be held on October 25, 2006, at 1:30 p.m. before the undersigned magistrate judge.

c. The deposition deadline is continued to September 29, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

d. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 26th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge