IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM BOSS and NANCY BOSS, Husband and Wife, | ) ) ) | 4:05CV3141 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ARAPAHOE TELEPHONE COMPANY, a Nebraska Corporation, and JOHN M. KOLLER, Individually, | ) ) ) ) | |
| Defendants. | ) | |

Defendant Arapahoe Telephone Company has filed a motion to strike (filing 53) an affidavit filed by its counsel due to clerical error and requests permission to file a corrected affidavit. I shall grant Defendant's motion.

Accordingly,

IT IS ORDERED that defendant Arapahoe Telephone Company's motion to strike (filing 53) is granted and defendant Arapahoe Telephone Company is granted permission to file a corrected affidavit.[1]

September 18, 2006.                             BY THE COURT:

                                                *s/Richard G. Kopf*
                                                United States District Judge

---

[1] The defendant has already filed the corrected affidavit (filing 54), and it is hereby deemed properly filed.