# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM "BILL" BOSS and NANCY BOSS, Husband and Wife, | ) ) ) | 4:05CV3141 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| ARAPAHOE TELEPHONE COMPANY, a Nebraska corporation, and JOHN M. KOLLER, Individually, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Stipulation for Dismissal (filing 70) and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay its own costs and complete record waived.

December 4, 2006.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge